NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


VIRGINIA I. YOUNG,                          )
                                            )
            Appellant,                      )
                                            )
v.                                          )
                                            )       Case No.  2D18-3040
PAM STEWART, COMMISSIONER OF                )
EDUCATION,                                  )
                                            )
            Appellee.                       )
_____    )

Opinion filed April 26, 2019.

Appeal from the Division of Administration
Hearings.

Jeffrey E. Appel of the Appel Law Group,
P.A., Lakeland, for Appellant.

Ron Weaver, Ocala, for Appellee.


PER CURIAM.


            Affirmed.


BLACK, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.